# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, | § | |
| | § | |
| | § | Civil Action No. 4:25-cv-01071-ALM-BD |
| *Plaintiff,* | § | Judge Mazzant/Judge Davis |
| v. | § | |
| | § | |
| BRANDON L. GUIN, et al., | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 10, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #24) that the complaint (Dkt. #1) be dismissed for want of jurisdiction.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff AmeriHome Mortgage Company, LLC's claims against Defendants Brandon L. Guin, Shanteria M. Thurman, and the Secretary of Housing and Urban Development are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 30th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE